# Wisconsin Court of Appeals

## 2017 WI App 84

(Also reported in 904 N.W.2d 143.)

| State v. Asunto† | 2015AP000050 CR | 08–08–2017 | Affirmed |
| State v. Cooper† | 2015AP002261 CR | 08–01–2017 | Affirmed |
| Midwest Dev. Corp. v. Milwaukee County† | 2015AP002634 | 08–23–2017 | Affirmed |
| State v. Lellie† | 2015AP002637 CR | 08–15–2017 | Affirmed |
| State v. Cardenas† | 2016AP000213 CR | 08–03–2017 | Affirmed |
| State v. Stroyier† | 2016AP000377 CR | 08–01–2017 | Affirmed |
| Rosenthal v. Christian | 2016AP000444 | 08–10–2017 | Affirmed |
| Merkel v. Neault | 2016AP000528 | 08–15–2017 | Affirmed and remanded |
| State v. Ramos | 2016AP000544 CR | 08–22–2017 | Affirmed |

† Petition to review filed.